OPINION — AG — THE AG ADHERES TO THE VIEWS EXPRESSED IN THE AFOREMENTIONED OPINION NO. DECEMBER 15, 1960 OPINION, AND CONCLUDES THAT THE DEPENDENT SCHOOL DISTRICT CANNOT PAY THE INDEPENDENT SCHOOL DISTRICT ANY AMOUNT FROM THE DEPENDENT SCHOOL DISTRICT'S "ENRICHMENT FUNDS" TO OFFSET A LOSS SUSTAINED BY THE INDEPENDENT SCHOOL DISTRICT IN ACCEPTING TRANSFER OF PUPILS FROM THE DEPENDENT SCHOOL DISTRICT TO THE INDEPENDENT SCHOOL DISTRICT. (J. H. JOHNSON)